BEFORE THE SECOND DIVISION, DECEMBER 23, 1943

**No. 49060.**—Protests 104775–K, etc., of O. B. & R. Lazrus (New York).

Opinion by LAWRENCE, J. The record conclusively showed that certain of the articles in question consist of unadjusted watch movements more than 1 inch wide but less than 1.77 inches wide, having 15 jewels, and that certain other articles consist of unadjusted watch movements more than 1 inch wide but less than 1.77 inches wide, having 17 jewels. In accordance therewith all of the merchandise in question was held dutiable at 90 cents each plus 9 cents for each jewel therein in excess of 7 jewels under said paragraph as modified.

**No. 49061.**—Protests 104833–K, etc., of Lorna Watch Corp. (New York).

Opinion by LAWRENCE, J. It was agreed between the parties that the articles in question consist of unadjusted watch movements more than 1 inch wide but less than 1.77 inches wide, having 7 jewels. The claim was therefore sustained to this extent.

BEFORE THE FIRST DIVISION, DECEMBER 27, 1943

**No. 49062.**—Protest 104462–K of New York Merchandise Co., Inc. (New York).

Opinion by WALKER, J. In accordance with stipulation of counsel that the clothes and hat brushes are similar to those involved in *United States* v. *Heinrich Herrmann & Weiss* (26 C. C. P. A. 292, C. A. D. 30), which record was incorporated herein, the claim at 50 percent under paragraph 1506 was sustained.